# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 15-5018 |
| EEG, INC. et al | : | |

## ORDER

**AND NOW**, this 18th day of April 2016, upon consideration of Plaintiff's renewed Motion to remand (ECF Doc. No. 31) with supporting memorandum including evidence gathered in discovery regarding customer residences, Defendant's Opposition (ECF Doc. No. 35), following oral argument (ECF Doc. No. 18) and for the reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to remand (ECF Doc. No. 31) is **DENIED**.

KEARNEY, J.