IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSELL JONES | : CIVIL ACTION |
| v. | : NO.15-5018 |
| EEG, INC. et al. | : |

## ORDER

**AND NOW**, this 22nd day of April 2016, upon consideration of the Plaintiff's Stipulation of Dismissal (ECF Doc. No. 38), it is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** under agreement of counsel and Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and,

2. The Clerk of Court shall mark this action **CLOSED** for statistical and all other purposes.

_____
KEARNEY, J.